UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICARDO WILLIAM NUNN, #439447, ) | |
| Plaintiff, ) | |
| ) | No. 1:16-cv-303 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| RONALD FRANDRICK, et al. ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

Having dismissed all claims, all pending matters have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Date: December 19, 2017                      /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge